UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>THERESA RIDDLE, )<br>)<br>Defendant. ) | Criminal No. 4:23-mj-04160-DHH |

### AFFIDAVIT IN SUPPORT OF RULE 5(c)(3) PROCEEDING

I, Deputy United States Marshal Ashley Nolan do hereby make oath before the Honorable David H. Hennessy, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently an outstanding warrant of arrest for Theresa RIDDLE on a complaint (criminal number 23-MJ-151) filed in the Eastern District of New York charging the defendant with Escape from Custody, in violation of 18 U.S.C. § 751(a). A copy of said warrant is attached hereto.

I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

Ashley Nolan
Deputy United States Marshal

Subscribed and sworn to before me this 16th day of March 2023.

DAVID H. HENNESSY
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-MJ-151 |
| THERESA RIDDLE | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   THERESA RIDDLE                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 751(a), Escape from custody


Date: February 15, 2023

_____
*Issuing officer's signature*

City and state:   Brooklyn, New York

Peggy Kuo, USMJ
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*